Kevin McKENZIE a/k/a Keith Barrett *v.* STATE of Arkansas

CR 03-775                                                   146 S.W.3d 892

Supreme Court of Arkansas
Opinion delivered February 12, 2004

*Charles E. Waldman*, for appellant.

No response.

PER CURIAM. The procedural background of this matter is set out in *McKenzie v. State*, 355 Ark. 259, 134 S.W.3d. 5 (2003) (*per curiam*). Mr. Charles E. Waldman appeared before this court on January 15, 2004, to show cause why he should not be held in civil contempt for failing to comply with the terms of our previous *per curiam* orders. Mr. Waldman, represented by Mr. Jeff Rosenzweig, denied that he should be held in contempt for noncompliance with our orders.

■ Given the circumstances of this case, we hereby appoint a special master, The Honorable John Cole, to conduct a hearing on the matter. Upon receipt of the master's findings, we will render a decision on the matter.